Seigle *v.* Seigle.

---

## JACOB SEIGLE

*v.*

## ABRAHAM SEIGLE et al.

A master's report had been duly and regularly confirmed, and a party against whom it was obtained applied to set aside the order of confirmation, to the end that he might except. The order was set aside on terms that the other party have leave (for which he applied) to take further testimony on the subject-matter of the exception.

*Mr. Mercer Beasley, Jr.,* for motion.

*Mr. John F. Dumont, contra.*

THE CHANCELLOR.

The master's report is in favor of the complainant on the subject of the Abraham Seigle's liability for the rent of the farm, while occupied by his sons, William R. and John Seigle, and it has been confirmed. Abraham Seigle asks that the order of confirmation be set aside, to the end that he may be allowed to except to it on this point; and the complainant on the other hand, asks that, if the motion be granted, the report be returned to the master, with leave to him to take further testimony on the subject. The order of confirmation will be set aside on those terms.